UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DYNASTY YOUNG (legal name Darnell Young); | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -v- | ) |
| | ) Cause No. 1:12-cv-1241-WTL-DKL |
| INDIANAPOLIS PUBLIC SCHOOL CORPORATION, BOARD OF SCHOOL COMMISSIONERS OF THE CITY OF INDIANAPOLIS, EUGENE WHITE, LARRY YARRELL, and DEBRA BARLOWE, in their individual capacities. | ) ) ) ) ) ) |
| | ) |
| Defendants | ) |
| | ) |

**AGREED ENTRY OF FINAL JUDGMENT AS TO ALL CLAIMS**

Come now the parties to this lawsuit, by their respective counsel, and, respectfully consent to this Agreed Entry of Final Judgment as to All Claims, as follows:

1. This Judgment is conclusive as to all claims and parties that could have been joined in this lawsuit, under Rules 18, 19 and 20, FRCP, including the named Defendants.

2. This Judgment is non-binding as to any potential determination of fact, including any potential wrongdoing by Defendants or Plaintiff.

3. All parties wish to avoid the costs and expenses of future litigation, and the parties anticipate the Judgment will be paid by the insurance carrier for the Indianapolis Public School Corporation, Board of School Commissioners of the City of Indianapolis ("Defendant IPS").

4. Defendant IPS shall, within 14 days of the entry of this Judgment, remove all reference to Plaintiff's expulsion from Plaintiff's academic record.

5. The dollar amount of the Judgment, in favor of Plaintiff against Defendant IPS only, is Sixty Five Thousand Dollars ($65,000.00), and this amount is inclusive of all Plaintiff's claimed damages, costs and attorney fees. There will be no additional amount allowed for Plaintiff's costs or attorney fees.

6. All other claims, including those against the individual Defendants Eugene White, Larry Yarrell, and Debra Barlowe, are hereby dismissed with prejudice.

| KIRKLAND & ELLIS, LLP | KIGHTLINGER & GRAY, LLP |
|---|---|
| /s/ Brent Ray | /s/ Libby Valos Moss |
| Brent Ray | Robert M. Kelso |
| Daniel Bond | Libby Valos Moss |
| Vanessa Barsanti | One Indiana Square, Suite 300 |
| Eliza Davis | 211 N. Pennsylvania Street |
| Margaret Hoppe | Indianapolis, IN 46204 |
| Erin Wagner | rkelso@k-glaw.com |
| 300 N. LaSalle Street | lmoss@k-glaw.com |
| Chicago, IL 60654 | *Attorneys for Defendants* |
| brent.ray@kirkland.com | |
| dbond@kirkland.com | |

WAPLES & HANGER
Richard A. Waples
JauNae M. Hanger
410 N. Audubon Road
Indianapolis, IN 46219
rwaples@wapleshanger.com
jhanger@wapleshanger.com

NATIONAL CENTER FOR LESBIAN RIGHTS
Christopher F. Stoll
Asaf Orr
870 Market Street, Suite 370
San Francisco, CA 94102
cstoll@nclrights.org
aorr@nclrights.org

*Attorneys for Plaintiff*

Comes now the Court, and orders the entry of final judgment as provided herein.

Date: 7/16/13

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana